## National Mirror Works, Appellee, v. J. C. Thoren, Appellant.

### Gen. No. 9,694.

Heard in this court at October term, 1941; opinion filed January 14, 1942. Wilbur E. Johnson, for appellant; William H. Gates, for appellee. Opinion by PRESIDING JUSTICE HUFFMAN. "Not to be published in full."